■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS INDELICATO, Appellant. [713 NYS2d 349] —Judgments, Supreme Court, Bronx County (Dominic Massaro, J.), rendered November 20, 1997, convicting defendant, after a jury trial, of assault in the first degree and criminal possession of a weapon in the fourth degree, and convicting defendant, upon his plea of guilty, of burglary in the second degree, and sentencing him, as a second felony offender, to concurrent terms of 8 years, 1 year, and 7 years, unanimously affirmed.

Defendant has not established that the circumstance that another attorney in his counsel's firm had one year earlier represented a prosecution witness created a conflict of interest or deprived defendant of meaningful representation. Defendant's claim that the successive representations affected his counsel's conduct of the trial is unsupported by the record (*see*, *People v Jordan*, 83 NY2d 785; *People v Perez*, 70 NY2d 773). Concur—Sullivan, P. J., Williams, Ellerin, Wallach and Friedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TEDDY WHEELER, Appellant. [713 NYS2d 340] —Judgment, Supreme Court, New York County (Charles Tejada, J.), rendered April 19, 1999, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

Defendant's suppression motion was properly denied. Defendant's arrest was based on probable cause, since he was arrested on the basis of a detailed description that was highly accurate with respect to his physical characteristics and the type of shirt he was wearing, and since he was arrested within 10 minutes of the drug sale, at the precise location reported, and was the only person present who met the description. We have considered and rejected defendant's remaining arguments. Concur—Sullivan, P. J., Williams, Ellerin, Wallach and Friedman, JJ.